# DeToffol & Gittleman

---------------    **ATTORNEYS AT LAW**    ---------------

125 Maiden Lane - Suite 5C           www.ddtlaw.com          telephone (212) 962 - 2220
New York, New York  10038                                    facsimile  (212) 962 - 2221

July 1, 2026

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **Withdraw As Counsel**
        **Toremis v. Ampadu**
        **SDNY No. 1:26-cv-02192 (JPC)**

Joshua Gittleman's request to withdraw as counsel is granted. Plaintiff will continue to be represented by David J. DeToffol.  The Clerk of Court is respectfully directed to terminate Joshua Gittleman as counsel in this matter and to close Docket Number 15.

SO ORDERED.
July 2, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

Dear Hon. Judge Cronan:

Pursuant to Local Civil Rule 1.4, I respectfully move to withdraw my individual appearance as counsel for Plaintiff Mustafa Toremis. My departure from the firm is the reason for this application. The firm will remain counsel for Plaintiff, and David J. DeToffol, Esq., who has already appeared as counsel of record, will continue to represent Plaintiff in this action.

Because another attorney from the same firm has appeared and will remain in the case, this request will not prejudice Plaintiff or affect any existing deadline or court appearance. I do not assert any retaining or charging lien. The case remains in its early stages. A copy of this letter-motion is being served on Plaintiff by USPS Mail and on Defendant Kwasi Ampadu by USPS Mail at 1141 Jerome Avenue, Apt. 3C, Bronx, New York 10452.

Respectfully submitted,

Joshua Gittleman, Esq.

DeTOFFOL & GITTLEMAN, Attorneys at Law
125 Maiden Lane – Suite 5C
New York, New York 10038
Tel. (212) 962-2220
joshua@ddtlaw.com