UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MUSTAFA TOREMIS,

Plaintiff,

-v-

KWASI AMPADU,

Defendant.

---

26 Civ. 2192 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

On June 15, 2026, Plaintiff served Defendant with copies of the Summons and Amended Complaint. Dkt. 13. Defendant's deadline to respond to the Amended Complaint was therefore July 6, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Amended Complaint. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Amended Complaint until July 17, 2026. If Defendant once again fails to respond to the Amended Complaint by his deadline to do so, Plaintiff shall seek a Certificate of Default by July 24, 2026.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: July 10, 2026
New York, New York

JOHN P. CRONAN
United States District Judge