UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MUSTAFA TOREMIS,<br><br>Plaintiff,<br><br>-v-<br><br>KWASI AMPADU,<br><br>Defendant. | : | 26 Civ. 2192 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

The Court has scheduled the initial pre-trial conference in this matter for August 20, 2026. In their proposed case management plan filed on August 4, 2026, the parties indicated that they consent "to conducting all further proceedings before a United States Magistrate Judge, including motions and trial," pursuant to 28 U.S.C. § 636(c). Dkt. 23 ¶ 1. If the parties do in fact consent for all purposes to proceed before the magistrate judge, they should complete and file on the docket the attached form entitled "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is also located at the docket entry dated March 18, 2026, no later than August 12, 2026.

SO ORDERED.

Dated: August 5, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

# UNITED STATES DISTRICT COURT

for the

| | | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability*. A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority*. The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

### Reference Order

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: ____________________

*District Judge's signature*

*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print Save As... Reset